Kelly H. Dove, Esq.
Nevada Bar No. 10569
Michael Paretti, Esq.
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
mparetti@swlaw.com

*Attorneys for Defendant Cox Communications, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NOELLE GAGE;<br><br>   Plaintiff,<br><br>vs.<br><br>COX COMMUNICATIONS, INC.,<br><br>   Defendant. | Case No.: 2:16-cv-02708-KJD-GWF<br><br>**ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Noelle Gage ("Plaintiff") and Defendant Cox Communications, Inc. ("Cox"), by and through their undersigned counsel (collectively the "Parties"), for good cause shown, hereby stipulate and agree to extend Cox's deadline to respond to Plaintiff's Complaint [Doc. 1] to February 10, 2017. This is the Parties' first extension request.

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6-1, there exists good cause to grant this extension to respond for the following reasons:

1. Plaintiff only recently served the Complaint and Summons on Cox.

2. Counsel for Cox was only recently retained, and requires additional time to locate, organize, and review the relevant documents and prepare the appropriate response.

3. The Parties agreed to the extension requested herein.

4. This stipulated extension request is sought in good faith and is not made for the purpose of delay.

/ / /

Therefore, the Parties jointly agree to extend Cox's deadline to respond to Plaintiff's Complaint to February 10, 2017.

Dated: January 27, 2017

Dated: January 27, 2017

HAINES & KRIEGER, LLC

SNELL & WILMER L.L.P.

By: */s/ Daniel Krieger*
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123

*Attorneys for Plaintiff Noelle Gage*

By: */s/ Kelly H. Dove*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Michael Paretti, Esq.
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Cox Communications, Inc.*

### ORDER

IT IS ORDERED that Defendant Cox Communications, Inc. shall respond to Plaintiff's Complaint on or before February 10, 2017.

DATED this 10th day of February, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

SNELL & WILMER L.L.P.

By: */s/ Kelly H. Dove*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Michael Paretti, Esq.
Nevada Bar No. 13926
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Cox Communications, Inc.*

25654859