# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NOELLE GAGE,

    Plaintiff,

v.

COX COMMUNICATIONS, INC.,

    Defendant.

Case No. 2:16-CV-2708-KJD-GWF

**ORDER**

On May 10, 2017, the parties notified the Court that a settlement had been reached. On June 7, 2017, Plaintiff notified the Court that an additional thirty (30) days were needed to finalize and execute the settlement. Since that date, no proceeding of record has been made. Therefore, the parties are ordered to file notice of voluntary dismissal, stipulation to dismiss, or joint status report within twenty-one (21) days of the entry of this order.

**IT IS SO ORDERED.**

DATED this 26th day of September 2017.

_____
Kent J. Dawson
United States District Judge